UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3498**

Case Title: **Jeff Smith** vs. **City of Union, OH Police Department**

List all clients you represent in this appeal:

**City of Union, OH Police Department**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                  (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Beverly A. Meyer**          Signature: s/ **Beverly A. Meyer**

Firm Name: **Bricker Graydon LLP**

Business Address: **312 North Patterson Blvd.**

City/State/Zip: **Dayton, OH 45402**

Telephone Number (Area Code): **(937) 224-1849**

Email Address: **bmeyer@brickergraydon.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.