UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3498**

Case Title: **Jeff Smith** vs. **City of Union, OH Police Department**

List all clients you represent in this appeal:

**City of Union, OH Police Department**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Arthur P. Schoulties**    Signature: s/ **Arthur P. Schoulties**

Firm Name: **Bricker Graydon LLP**

Business Address: **312 North Patterson Blvd.**

City/State/Zip: **Dayton, OH 45402**

Telephone Number (Area Code): **(937) 535-3949**

Email Address: **aschoulties@brickergraydon.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.